UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVEN NEWSOM, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-0481 DB P<br><br><br><br>ORDER |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims that his rights were violated during a 2022 parole hearing. Plaintiff states that he discovered that the undersigned issued an order on October 11, 2023, while using his California Department of Corrections and Rehabilitation issued tablet.  (ECF No. 12.) He states that he has not received a copy of this order.  He requests that the court send him a copy of the October 11, 2023, order.  Plaintiff is advised that the Clerk's Office will provide copies of documents or the docket sheet at $0.50 per page.  However, in light of plaintiff's pro se status, the court will direct the Clerk of the Court to reserve the order issued October 11, 2023, on plaintiff as a one-time courtesy.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for copies (ECF No. 12) is granted; and
2. The Clerk of the Court is directed to reserve the undersigned's October 11, 2023, screening order (ECF No. 9).

Dated: November 27, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/S/broo0481.copies