UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II,<br><br>Plaintiff,<br><br>v.<br><br>GAVEN NEWSOM, et al.,<br><br>Defendants. | No. 2:23-cv-0481 DJC DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested an extension of time to file objections to the March 5, 2024, findings and recommendations. Plaintiff states that he requires additional time to conduct research. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

2. Plaintiff is granted thirty days from the date of this order to file objections to the findings and recommendations (ECF No. 15).

Dated: April 22, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/broo0481.36obj