UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVEN NEWSOM, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-0481 DJC DB P<br><br><br>ORDER |

Plaintiff has requested a second extension of time to file objections to the March 5, 2024, findings and recommendations pursuant to the court's order of April 22, 2024.  Good cause appearing, this request will be granted.  However, absent extraordinary circumstances, no further extension of time will be granted.  IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 19) is granted; and

　　2. Plaintiff is granted forty-five days from the date of this order in which to file objections to the findings and recommendations (ECF No. 15). No further extension of time will be granted for this purpose.

Dated:  May 24, 2024

DB16
DB/Prisoner/Civil/R/broo481.36obj.sec

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE