UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE BROOKS, II,<br><br>Plaintiff,<br><br>v.<br><br>GAVEN NEWSOM, et al.,<br><br>Defendants. | No.  2:23-cv-0481 DJC DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed (ECF No. 21).  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that

1. The findings and recommendations issued March 5, 2024 are vacated;
2. Plaintiff's motion to dismiss this case (ECF No. 21) is granted; and
3. This action is dismissed.

Dated:  June 27, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/broo0481.59